UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| LINDA MOORE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | |
| LUBBOCK STATE SUPPORTED | § | |
| LIVING CENTER, OPERATED BY | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |

## **PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Linda Moore, Plaintiff, complaining of Lubbock State Supported Living Center, operated by Texas Health & Human Services, Defendant, and for cause of action would respectfully show the Court as follows:

1.     Plaintiff is a citizen of the United States and a resident of the State of Texas.

2.     Defendant is a state entity operating in Lubbock County, Texas.  It may be served with process by service upon its Director at 3401 North University, Lubbock, Texas 79415.

3.     Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, as amended (hereinafter referred to as "CRA").

4.     This Court has jurisdiction of this action pursuant to 42 U.S.C. §2000e-5 and 28 U.S.C. §1331.

5.     Venue is proper in the Northern District of Texas under 28 U.S.C. §1391(b).

6.     Plaintiff has satisfied all conditions precedent to initiating this court action.

7.      Plaintiff is a former employee of Defendant.  Plaintiff was, at all times relevant to this cause of action, an eligible employee under the CRA.

8.      Defendant is an employer under the CRA.

9.      Plaintiff is a former employee of Defendant. Plaintiff was employed by Defendant as a residential coordinator. Although Plaintiff was been employed at other Texas state supported living centers since 1994, She started her employment with Defendant in Lubbock in November 2017.

10.      From April 2018 through September 2018, Plaintiff, was singled out, harassed, discriminated against and retaliated against by her supervisors and the director of Defendant on the basis of her race (black - African American), the color of her skin and because she had made a complaint of discrimination. In this regard, Defendant repeatedly, intentionally and falsely disciplined Plaintiff knowing the disciplines were unfounded. Defendant also treated Plaintiff differently than it treated non-black/African American employees. On this issue, Plaintiff would further show the Court that Defendant has a long history of treating black employees differently than non-black employees, particular, in the manner in which discipline and termination of employees was handled. Upon information and belief, Plaintiff believes the evidence in this case will show that black employees were fired at a higher percentage than non-black employees and that they were routinely disciplined in a harsher manner than non-black employees for the same or similar types of incidents.

11.      The Defendant has violated the CRA by discriminating against Plaintiff on the basis of her race and for the disparate treatment by Defendant of Plaintiff and other black employees which has been ongoing for years.

12.      The unlawful conduct of Defendant, as described above, has caused and will continue to cause Plaintiff harm.  As a result of Defendant's conduct, Plaintiff has suffered damages in the form of lost wages and benefits, as well as severe mental anguish and/or other non-economic damages.

13.    Plaintiff is entitled to recover from Defendant the value of the lost wages and lost benefits incurred as a result of Defendant's conduct, damages for the mental anguish sustained by her as well as non-economic damages and liquidated/punitive damages, along with interest on such amounts and any equitable relief that the Court deems appropriate, for which claim is hereby made.

14.    Plaintiff is also entitled to recover from Defendant reasonable attorney's fees and other litigation expenses, for which claim is hereby made.

WHEREFORE, Plaintiff prays that Defendant be served with and answer the claims asserted herein and that, on final trial, Plaintiff be awarded judgment against Defendant for actual damages, liquidated/exemplary damages, equitable relief, prejudgment and post-judgment interest as allowed by law, attorney's fees, cost of court and such other and further relief to which Plaintiff may show herself justly entitled.

Respectfully submitted,

JOHNSTON & MILLER
Attorneys at Law
1212 13th Street, Ste. 101
Lubbock, Texas 79401
Telephone: (806) 785-1499
Facsimile: (806) 762-6901
Email:  jcraig@nts-online.net


By:    /s/ J. Craig Johnston
       J. Craig Johnston
       SBN 00787784


**JURY DEMAND**

Plaintiff respectfully requests a Jury Trial.

 /s/ J. Craig Johnston
J. Craig Johnston

–3–